IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
OCT 18 2016
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 16-10050 |
| ) | |
| IDRIS AKANDE, ) | VIO: 18 U.S.C. §§ 371, 1341, |
| a/k/a "E," ) | 1028A(a)(1) |
| ) | |
| and ) | |
| ) | |
| GBADEBO ADEBIYI, ) | |
| a/k/a "Larry," ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT ONE
(Conspiracy to Commit Mail Fraud)

#### Introduction

At all times material:

    1.    Bradley University was located in Peoria, Illinois.

    2.    Federal personal income tax returns for the tax year 2014, Forms 1040, were filed in the names of Bradley University employees and their families without their knowledge and consent.

3. Green Dot Corporation offered customers prepaid debit cards which could be purchased at retail locations. Customers "loaded" these cards with a cash value prior to leaving the retail location.

   a. In order to add additional funds to the prepaid account, the customer was required establish an account with Green Dot and register the card.

   b. To establish the account, the customer was required to provide personal identifying information, including name, social security number, date of birth, and mailing address. If Green Dot was unable to verify the personal identifying information, Green Dot would not establish an account.

   c. If Green Dot successfully verified the personal identifying information, Green Dot notified the customer that the card was ready for use and that a personalized card would be mailed within two weeks. It was not possible to establish an account without causing a permanent card to be mailed to the address which the customer had provided.

   d. In addition to being notified of the mailing of the permanent card, Green Dot notified the customer of the routing number and account number so that the customer could add additional funds to the

account. Except for cash withdrawals, Green Dot allowed the customer to use the temporary card to access funds until the permanent card was activated.

## The Conspiracy

4. Starting in or about early 2015 and continuing to the present, at Peoria, in the Central District of Illinois and elsewhere,

> **Idris Akande**, a/k/a "E,"
> and
> **Gbadebo Adebiyi**, a/k/a "Larry,"

defendants herein, did knowingly combine, conspire, and agree, together and with persons known and persons unknown to the Grand Jury to commit against the United States the following offenses:

   a. Knowingly executing and attempting to execute a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and in furtherance of the scheme causing mail matter to be delivered by United States mail, according to the directions thereon, in violation of Title 18, United States Code, Section 1341.

   b. Knowingly and without lawful authority transferring, possessing, and using a means of identification of another person during and in relation to a felony enumerated in Title 18, United States Code,

3

Section 1028A(c), in violation of Title 18, United States Code, Section 1028A(a)(1).

5. It was a part of the conspiracy that members of the conspiracy fraudulently obtained personal identification information of Bradley University employees and their families (hereafter, "taxpayers").

6. It was further a part of the conspiracy that members of the conspiracy purchased Green Dot prepaid cards at retail locations.

7. It was further a part of the conspiracy that members of the conspiracy used the Green Dot prepaid cards and the taxpayers' personal identification information to establish Green Dot accounts in the names of the taxpayers, causing personalized Green Dot cards to be delivered by United States mail to the taxpayers' addresses.

8. It was further a part of the conspiracy that members of the conspiracy used the taxpayers' personal identification information to electronically file fraudulent 2014 Form 1040 federal income tax returns seeking refunds in the taxpayers' names.

9. It was further a part of the conspiracy that members of the conspiracy caused the fraudulently-obtained tax refunds to be deposited to the Green Dot accounts opened in the names of the taxpayers.

10. It was further a part of the conspiracy that members of the conspiracy used the temporary Green Dot prepaid cards to conduct financial transactions, including the purchase of MoneyGram money orders. Members of the conspiracy then cashed those money orders at currency exchange businesses.

11. Members of the conspiracy defrauded and attempted to defraud the United States of America, its agency the Internal Revenue Service, and the taxpayers of approximately $770,000.

## Overt Acts

12. In furtherance of, and to effect the objects of the conspiracy and to accomplish its purpose, the defendants and co-conspirators committed and caused to be committed the following overt acts in the Central District of Illinois and elsewhere:

    a. On or about February 27, 2015, a Green Dot prepaid card in the name of Taxpayer T.F. was mailed to Taxpayer T.F. in Peoria, Illinois.

    b. On or about February 27, 2015, a Green Dot prepaid card in the name of J.D. was mailed to Taxpayer J.D. in Peoria, Illinois.

    c. On or about March 9, 2015, a Green Dot prepaid card in the name of Taxpayer A.K. was mailed to Taxpayer A.K. in Peoria, Illinois.

    d. On or about March 10, 2015, a Green Dot prepaid card in the name of Taxpayer T.K. was mailed to Taxpayer T.K. in Peoria, Illinois.

    e. On or about March 13, 2015, a Green Dot prepaid card in the name of Taxpayer T.L. was mailed to Taxpayer T.L. in Morton, Illinois.

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2 – 6
### (Mail Fraud)

1.      Paragraphs 1 - 11 of Count One are re-alleged and incorporated by reference herein.

2.      Starting in or about 2015 and continuing to the present, in the Central District of Illinois and elsewhere,

**Idris Akande**, a/k/a "E,"
and
**Gbadebo Adebiyi**, a/k/a "Larry,"

defendants herein, with the intent to defraud, knowingly devised and willfully participated in the above-described scheme and artifice to defraud and obtain money and property by means of materially false and fraudulent pretenses, representations, and promises.

3.      On or about the below-listed dates, in the Central District of Illinois and elsewhere, for the purpose of executing and attempting to execute the above-described scheme and artifice to defraud and deprive, the defendants knowingly caused to be delivered by United States mail, according to the directions thereon, personalized Green Dot cards to the taxpayers and at the addresses set forth below:

| Count | Date | Address |
|---|---|---|
| 2 | 2/28/15 | J.D. Peoria, IL |
| 3 | 2/28/15 | T.F. Peoria, IL |
| 4 | 3/10/15 | A.K. Peoria, IL |
| 5 | 3/11/15 | T.K. Peoria, IL |
| 6 | 3/14/15 | T.L. Morton, IL |

All in violation of Title 18, United States Code, Section 1341.

## COUNT 7
### (Aggravated Identity Theft)

On or about February 27, 2015, in the Central District of Illinois and elsewhere,

**Idris Akande**, a/k/a "E,"
and
**Gbadebo Adebiyi**, a/k/a "Larry,"

defendants herein, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, the name, social security number, date of birth, and mailing address of another person, that being taxpayer J.D., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1341 as alleged in Count 2, which Count is incorporated herein by reference;

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 8
### (Aggravated Identity Theft)

On or about February 27, 2015, in the Central District of Illinois and elsewhere,

**Idris Akande**, a/k/a "E,"
and
**Gbadebo Adebiyi**, a/k/a "Larry,"

defendants herein, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, the name, social security number, date of birth, and mailing address of another person, that being taxpayer T.F., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1341 as alleged in Count 3, which Count is incorporated herein by reference;

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 9
### (Aggravated Identity Theft)

On or about March 9, 2015, in the Central District of Illinois and elsewhere,

**Idris Akande**, a/k/a "E,"
and
**Gbadebo Adebiyi**, a/k/a "Larry,"

defendants herein, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, the name, social security number, date of birth, and mailing address of another person, that being taxpayer A.K., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1341 as alleged in Count 4, which Count is incorporated herein by reference;

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 10
### (Aggravated Identity Theft)

On or about March 10, 2015, in the Central District of Illinois and elsewhere,

**Idris Akande**, a/k/a "E,"
and
**Gbadebo Adebiyi**, a/k/a "Larry,"

defendants herein, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, the name, social security number, date of birth, and mailing address of another person, that being taxpayer T.K., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1341 as alleged in Count 5, which Count is incorporated herein by reference;

In violation of Title 18, United States Code, Section 1028A(a)(1).

## COUNT 11
(Aggravated Identity Theft)

On or about March 13, 2015, in the Central District of Illinois and elsewhere,

**Idris Akande**, a/k/a "E,"
and
**Gbadebo Adebiyi**, a/k/a "Larry,"

defendants herein, did, without lawful authority, knowingly possess and use a means of identification of another person, to wit, the name, social security number, date of birth, and mailing address of another person, that being taxpayer T.L., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1341 as alleged in Count 6, which Count is incorporated herein by reference;

In violation of Title 18, United States Code, Section 1028A(a)(1).

A True Bill
s/Foreperson

Foreperson

s/Darilynn Knauss

JAMES A. LEWIS
UNITED STATES ATTORNEY
DJK/amr

13